MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7017
    Fax:  (415) 436-7009

FILED
JUN 27 2014
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Petitioners, <br> v. <br> ROBERT F. LEITAO, <br>     Respondent. | No. C-14-1243-JCS <br><br> ORDER ENFORCING SUMMONS |

This case having come on for hearing on June 27, 2014, at 9:30 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

ORDERED that respondent, Robert F. Leitao, shall appear before Revenue Officer Ava Pointer, or any other designated agent, on July 18, 2014, at 10:00 a.m., at the Offices of the Internal Revenue Service located at 1301 Clay Street, 1040S, Oakland, CA 95404, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as Exhibits A and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

ORDERED this 27th day of June, at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

Order Enforcing Summons
C-14-01243-JCS                    1